| *Attorney or Party without Attorney:* <br> Jeffrey M. Blank, Esq. (SBN 217522) <br> GARCIA RAINEY BLANK & BOWERBANK LLP <br> 695 TOWN CENTER DRIVE SUITE 700 <br> COSTA MESA , CA 92626 <br> *Telephone No:* 714-382-7000 <br><br> *Attorney For:* Plaintiff NOODLE TIME, INC. | *Ref. No. or File No.:* <br> BENIHIBACHI | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* NOODLETIME, INC., a Florida corporation <br> *Defendant:* BENIHIBACHI, a California corporation; et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:22-cv-02320-GW-E |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3.   a.   Party served:     BENIHIBACHI, a California corporation
       b.   Person served:   Margarita Escobedo, Agent for Service of Process

4. Address where the party was served:   9901 Foothill Blvd, Sylmar, CA 91342

5. I served the party:
     a. **by substituted service.**   On: Fri, Jun 17 2022 at: 11:40 AM by leaving the copies with or in the presence of:
       "Jane Doe", Secretary (Latina , Female , Age: 50 , Hair: Brown , Eyes: Brown , Height: 5'0" , Weight:
       140 ) / Served under F.R.C.P. Rule 4.

  (1)   [ ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
  (2)   [X]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
  (3)   [X]   **(Declaration of Mailing)** is attached.
  (4)   [ ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*7229673* <br> *(11794773 )* <br> **Page 1 of 2**

| Attorney or Party without Attorney: <br> Jeffrey M. Blank, Esq. (SBN 217522) <br> GARCIA RAINEY BLANK & BOWERBANK LLP <br> 695 TOWN CENTER DRIVE SUITE 700 <br> COSTA MESA , CA 92626 <br>     Telephone No: 714-382-7000 <br><br>     Attorney For: Plaintiff NOODLE TIME, INC. | | Ref. No. or File No.: <br> BENIHIBACHI | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: NOODLETIME, INC., a Florida corporation <br> Defendant: BENIHIBACHI, a California corporation; et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:22-cv-02320-GW-E |

6. **Person Who Served Papers:**
   a. Jose Saca (6927, Los Angeles)
   b. **FIRST LEGAL**
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $451.35
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/20/2022
(Date)                                   (Signature)



| Attorney or Party without Attorney:<br>Jeffrey M. Blank, Esq. (SBN 217522)<br>GARCIA RAINEY BLANK & BOWERBANK LLP<br>695 TOWN CENTER DRIVE SUITE 700<br>COSTA MESA , CA 92626<br>  Telephone No: 714-382-7000<br>  Attorney For: Plaintiff NOODLE TIME, INC. | Ref. No. or File No.:<br>BENIHIBACHI | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* NOODLETIME, INC., a Florida corporation<br>*Defendant:* BENIHIBACHI, a California corporation; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-02320-GW-E |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1)

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 17, 2022
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: BENIHIBACHI, a California corporation
        9901 Foothill Blvd, Sylmar, CA 91342

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 17, 2022 in the ordinary course of business.

5. **Person Serving:**
   a. DAVID LEDESMA (2891, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   Recoverable cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $451.35
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

06/20/2022
(Date)                    *David Ledesma*
                          (Signature)



Judicial Council Form                    PROOF OF SERVICE                    7229673
Rule 2.150.(a)&(b) Rev January 1, 2007       BY MAIL                         (11794773)