GARCIA RAINEY BLANK & BOWERBANK LLP
A Limited Liability Partnership
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
NORMA V. GARCIA, Cal. Bar No. 223512
ngarciaguillen@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California 92626-1993
Telephone:  714.382.7000
Facsimile:    714.784.0031

Attorneys for Plaintiff
NOODLE TIME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOODLE TIME, INC., a Florida corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>BENIHIBACHI, a California corporation and BEHIBACHI, a California corporation<br><br>             Defendants. | **Case No**. 2:22-cv-02320-GW-E<br>**Judge**: Hon. Magistrate Charles F. Eick<br>**Dept**.: 750<br><br>**DECLARATION OF NORMA V. GARCIA IN SPPORT OF PLAINTIFF NOODLE TIME, INC'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANT BENIHIBACHI, A CALIFORNIA CORPORATION** |

## DECLARATION OF NORMA V. GARCIA

I Norma V. Garcia, declare as follows

1. I am a partner at Garcia Rainey Blank and Bowerbank, LLP counsel of record for Noodle Time, Inc., Plaintiff in the above-entitled matter. I have personal knowledge of the facts stated in this declaration, and if sworn as a witness could and would testify as to these facts.

2. This declaration is submitted in support of Plaintiff's Request for Entry of Default by the Clerk Against Defendant Behibachi.

3. On May 23, 2022, Plaintiff filed its First Amended Complaint against Defendants Benihibachi and Behibachi asserting four (4) causes of action against Defendants related to Defendants' breach of a settlement agreement entered into between Plaintiff and Defendants regarding Defendants unauthorized use of Plaintiff's protected trademarks. (Docket. No. 10.)

4. On June 17, 2022, pursuant to Federal Rules of Civil Procedure Rule 4, Defendant Benihibachi was served by substitute service at its address in Sylmar, California by First Legal, with the Summons, First Amended Complaint, Certification and Notice of Interested Parties, and Civil Cover Sheet. (Docket No. 14)

5. Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i) requires that Defendant answer or move against a complaint within 21 days of service.

6. Defendant Benihibachi's 21-day period to answer or move against the First Amended Complaint expired on July 8, 2022.

7. As of the date of this Declaration, Defendant has not appeared in this action, plead, or otherwise defended against the First Amended Complaint.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct

| | |
|---|---|
| Dated: July 11, 2022 | _/s/ Norma V. Garcia_ |
| | Norma V. Garcia |